ROBERT J. DEGROOT, ESQ.
56 Park Place
Newark, New Jersey 07102
(973) 643-1930
Attorney for Plaintiff Timothy Babcock

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| TIMOTHY BABCOCK | |
|---|---|
| Plaintiff | CASE NO. 09-CV-5951 |
| vs. | |
| UNITED PARCEL SERVICE, INC.; JIM URBAN; and JIM MEDEIROS. | STIPULATION OF DISMISSAL AS TO JIM URBAN AND JIM MEDEIROS |
| Defendant | |

The Plaintiff, TIMOTHY BABCOCK, through his undersigned counsel, hereby stipulates and agrees that the within matter is hereby dismissed **with** prejudice as to Defendants JIM URBAN and JIM MEDEIROS only and without costs to either party.

Dated: March 3, 2010

By: s/ Robert DeGroot, Esq.
ROBERT J. DeGROOT, ESQ.
Attorney for Plaintiff

**SO ORDERED:**

Dated: 3/29/10

_____
U.S.D.J.